# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| JEFF E. SAUNDERS,<br>       Plaintiff,<br><br>v.<br><br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security*,<br>       Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   **JUDGMENT**<br>)   **CASE NO. 5:12-CV-775-D**<br>)<br>) |

Decision by the Court:

     **IT IS ORDERED AND ADJUDGED** that Plaintiff's objections to the Memorandum and Recommendations [D.E. 30] are OVERRULED, Plaintiff's Motion for Judgment on the Pleadings [D.E. 22] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 24] is GRANTED, and Defendant's final decision is AFFIRMED. This action is DISMISSED. The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MARCH 17, 2014,** WITH A COPY TO:

Jonathan Biser (via CM/ECF electronic notification)
Christian M. Vainieri (via CM/ECF electronic notification)

| | |
|---|---|
| March 17, 2014<br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br>/s/Debby Sawyer<br>(By) Deputy Clerk |

Raleigh, North Carolina